United States District Court
Southern District of Texas

**ENTERED**
December 05, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANTHONY MUHARIB<br>*PLAINTIFF* | §<br>§<br>§ |
| V. | §    CIVIL ACTION NO. 4:18-CV-03061 |
| | § |
| FAY SERVICING, LLC AND<br>METROPOLITAN LIFE INSURANCE CO.<br>*DEFENDANTS* | §<br>§<br>§ |

### ORDER ON STIPULATION OF DISMISSAL

After considering the parties' stipulation of dismissal, the Court GRANTS the joint stipulation and dismisses the case with prejudice.

Signed on ___Dec 5___, 2018.

_____
U.S. DISTRICT JUDGE

Approved & Entry Requested:
Shackelford & Associates, L/L.C.

_____
Ray L. Shackelford
SBN: 18071500
1406 Southmore Blvd.
Houston, Texas 77004
(713) 520-8484-Office
(713) 520-8192 - Facsimile
rshackelie@yahoo.com
Attorney for Plaintiff

Hirsch & Westheimer, P.C.

_____
Michael F. Hord, Jr.
SBN: 00784294
Federal I.D. No. 16035
1415 Louisiana, 36th Fl.
Houston, Texas 77002
(713) 220-9182-Office
(713) 223-9319 - Facsimile
mhord@hirschwest.com
Attorney for Defendants